UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGOC SCOTT,

          Plaintiff,

    v.

NEW STAR TRANSPORT, INC. and
PREMJEET GREWAL SINGH, and
DOES 1 through 50, inclusive,

          Defendants.
_____/

NO. CIV. S-10-2812 LKK/KJN

O R D E R

A status conference in the above referenced matter is currently scheduled for May 31, 2011. A joint status report filed by plaintiff and defendant New Star Transport, Inc. indicated that defendant Premjeet Singh, who lives in Canada, has not yet been served. Accordingly, the court ORDERS as follows:

    [1] The status conference is CONTINUED to July 5, 2011 at
    2:00 p.m.

    [2] Plaintiff SHALL advise defendant Premjeet Singh of the
    new status conference date and time.

////

1

1  [3] The parties SHALL submit updated status reports no later
2  than 14 days before the status conference.
3  IT IS SO ORDERED.
4  DATED:  May 26, 2011.

```
                         /s/ Lawrence K. Karlton
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```