Robert Masuda (SBN146377)
**LAW OFFICE OF ROBERT MASUDA**
1541 Corporate Way, Suite 200
Sacramento, CA 95831
(916) 391-3400
FAX (916) 391-3499

Attorney for Plaintiff
NGOC SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC SCOTT, <br><br> Plaintiff, <br><br> vs. <br><br> NEW STAR TRANSPORT INC. and PREMJEET GREWAL SINGH, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 2:10-CV-02812-LKK-KJN <br><br> **ORDER** |

A status conference in the above referenced matter is currently scheduled for July 5, 2011. Plaintiff has requested a continuance of the Status Conference due to the fact that Plaintiff's counsel is set for trial in another matter on the same date. Accordingly, the court ORDERS as follows:

1) The current Status Conference is CONTINUED to August 1, 2011 at 1:30 p.m.

IT IS SO ORDERED.

Dated: June 16, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-

ORDER