Robert Masuda (SBN146377)
**LAW OFFICE OF ROBERT MASUDA**
1541 Corporate Way, Suite 200
Sacramento, CA 95831
(916) 391-3400
FAX (916) 391-3499

Attorney for Plaintiff
NGOC SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC SCOTT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NEW STAR TRANSPORT INC. and PREMJEET GREWAL SINGH, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. 2:10-CV-02812-LKK-KJN<br><br>**ORDER**<br><br>**Courtroom:** 4<br>**Judge:** Hon. Lawrence K. Karlton |

　　　　Plaintiff is permitted to file the First Amended Complaint attached as Exhibit A to the parties' Stipulation for Filing of Amended Complaint.

　　　　Defendants NEW STAR TRANSPORT INC and PREMJEET GREWAL SINGH shall have thirty (30) days from filing of the stipulation to respond to Plaintiff's First Amended Complaint.

　　　　Defendants' Motion for Judgment on the Pleadings and to Dismiss Plaintiff's Complaint, set for August 1, 2011, at 10:00 a.m., in Courtroom 4, is denied, without prejudice, as moot.

　　　　IT IS SO ORDERED.

　　　　Dated: July 7, 2011

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT