UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NGOC SCOTT,

        Plaintiff,

    v.

NEW STAR TRANSPORT, INC. and
PREMJEET GREWAL SINGH, and
DOES 1 through 50, inclusive,

        Defendants.

NO. CIV. S-10-2812 LKK/KJN

O R D E R

A status conference was held in chambers on August 1, 2011. After hearing, the court orders as follows:

1. A further status conference is set for November 14, 2011 at 1:30 p.m.
2. The parties shall file updated status reports fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

DATED: August 1, 2011.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1